## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

COLLEEN MATSON-FORESTER AND  :
DWIGHT FORESTER,             :
    Plaintiffs               :
                             :     No. 1:12-cv-01838
    v.                       :
                             :
ALLSTATE INSURANCE           :     (Judge Kane)
COMPANY,                     :
    Defendant                :

### ORDER

**AND NOW**, on this 11th day of February 2014, for the reasons set forth in the accompanying memorandum, **IT IS HEREBY ORDERED THAT** Defendant's motion for summary judgment (Doc. No. 21) is **GRANTED**. **IT IS FURTHER ORDERED THAT** Plaintiffs' motion to strike Defendant's motion for summary judgment (Doc. No. 23) is **DENIED**. The Clerk of Court is directed to enter judgment in favor of Defendant and to close the case.

S/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania